**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re | : | Chapter   13 |
| | : | |
| Alvin J. Mitchell | | |
| | : | |
| Debtor | : | Bankruptcy No. 18-17275JKF |

ORDER

AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated 11/2/18, this case is hereby DISMISSED.

**Date: November 26, 2018**

Jean K. FitzSimon
United States Bankruptcy Judge

Missing Documents:

Chapter 13 Plan
Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period
Form 122C-1
Means Test Calculation Form 122C-2
Schedules AB-J
Statement of Financial Affairs
Summary of Assets and Liabilities Form B106